IN RE K.K.; BODEN, APPELLANT; SUMMIT COUNTY
CHILDREN SERVICES BOARD, APPELLEE.

[Cite as *In re K.K.*, 109 Ohio St.3d 206, 2006-Ohio-2184.]

(No. 2005–1462—Submitted April 11, 2006—Decided May 17, 2006.)

Ruth A. Gibson, for appellant.

Sherri Bevan Walsh, Summit County Prosecuting Attorney, and Philip D. Bogdanoff, Assistant Prosecuting Attorney, for appellee.

IN RE D.P. ET AL.; D.O., APPELLANT; FRANKLIN COUNTY CHILDREN SERVICES, APPELLEE.

[Cite as *In re D.P.,* 109 Ohio St.3d 207, 2006-Ohio-2185.]

(No. 2005–2142—Submitted April 11, 2006—Decided May 17, 2006.)

{¶ 1} The judgment of the court of appeals is affirmed on the authority of *In re C.R.*, 108 Ohio St.3d 369, 2006-Ohio-1191, 843 N.E.2d 1188.

MOYER, C.J., RESNICK, PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.